CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 04 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

TAMMY SUMNER,            )
                         )
                         ) Case No. 2:10CV00029
        Plaintiff,       )
                         ) **FINAL JUDGMENT**
v.                       )
                         ) By: James P. Jones
COMMISSIONER OF SOCIALSECURITY, ) United States District Judge
                         )
        Defendant.       )

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: March 4, 2011

United States District Judge